IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| M.M.M., : | |
| : | |
|     Petitioner, : | |
| : | |
| v. : | Case No. 4:25-cv-268-CDL-AGH |
| : | 28 U.S.C. § 2241 |
| Warden TERRENCE : | |
| DICKERSON, : | |
| : | |
|     Respondent. : | |

## ORDER

Pending before the Court is Petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241 (ECF No. 1). Because of the unique and complex immigration issues presented in this Petition, the Court finds appointment of counsel for Petitioner is necessary. Therefore, pursuant to its inherent authority to do so, the Court appoints the Federal Defenders of the Middle District of Georgia, as counsel for Petitioner.

Additionally, the Court concludes that a hearing is appropriate to address the parties' claims. The parties are ordered to confer and present to the Court within fourteen (14) days a scheduling order addressing the following:

    1) whether discovery is necessary and, if so, the scope and timeframe of discovery;

    2) a briefing schedule, to include any anticipated amended filings;

    3) whether an evidentiary hearing is necessary; and

    4) any other matters the parties deem pertinent.

Any disagreement by the parties should be outlined in the submitted order so the Court can resolve them.

    **SO ORDERED**, this 1st day of October, 2025.

 s/ *Amelia G. Helmick*  
UNITED STATES MAGISTRATE JUDGE
